IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | <u>Bell v. United States of America, et al.</u> : | CIVIL NO. 1:CV-07-2200 |
| Inmate: | James Dalton Bell : | (Judge Conner) |
| ID Number: | 26906-086 : | |

## ORDER

    On December 3, 2007, James Dalton Bell, an inmate currently confined at the United States Penitentiary, Tucson, Arizona, filed a habeas corpus petition without submitting a filing fee or a motion to proceed <u>in forma pauperis</u>.  By Administrative Order dated December 5, 2007, the Petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed <u>in forma pauperis</u>.  Notwithstanding this admonition, thirty (30) days have elapsed and the Petitioner has neither made an appropriate submission nor requested an extension of time in which to do so.

    **THEREFORE, IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                                   S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge

DATE:  January 11, 2008