# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES DALTON BELL,** : | CIVIL ACTION NO. 1:07-CV-2200 |
| Petitioner, : | |
| : | **(Judge Conner)** |
| v. : | |
| **UNITED STATES OF AMERICA,** : | |
| et al., : | |
| Respondents : | |

## ORDER

AND NOW, this 11th day of February, 2008, upon consideration of this court's order of January 11, 2008 (Doc. 4), dismissing petitioner's case for failure to file the $5.00 filing fee, and upon further consideration of this court's order of January 22, 2008, denying petitioner's motion to reopen the case (Doc. 5) without prejudice to his right to file a new petition for writ of habeas corpus, it is hereby ORDERED that the Clerk of Court is directed to RETURN to petitioner his $5.00 filing fee (Doc. 7). It is further ORDERED that his recent motion (Doc. 8) for ruling on questions of law and for disclosure is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge